2. That the Secretary of the Treasury in making a finding of dumping is an "agency" subject to the Administrative Procedure Act.

3. That the finding of dumping, issued August 26, 1954, was a rule, and the proceedings leading to the issuance thereof constituted rule making within the meaning of the Administrative Procedure Act.

4. That the Secretary's failure to publish notice of the proposed rule making in the Federal Register, as required by the Administrative Procedure Act, renders the finding of dumping invalid.

5. That the values returned by the appraiser under the Antidumping Act of 1921 with respect to the "purchase price" and "foreign market value" of the involved hardboard were determined pursuant to an invalid finding of dumping and such appraisement is, consequently, invalid.

6. That the plaintiff has failed to overcome the presumptively correct value of the merchandise covered by this appeal, as found by the appraiser, pursuant to section 402 of the Tariff Act of 1930, as amended, and that the value of said merchandise under section 402 is the value returned by the appraiser.

The decision and judgment of the trial court are reversed and judgment will be rendered in accordance with this decision.

DECEMBER 11, 1959

A.R.D. 115.—United States v. The Heyman Co., Inc., Motion by appellant.